# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

August 17, 2021

| | | |
|---|---|---|
| LISA HUNTER, JACOB ZABEL, JENNIFER OH, JOHN PERSA, GERALDINE SCHERTZ, and KATHLEEN QUALHEIM, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 21-cv-512-jdp |
| | ) | |
| MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as members of the Wisconsin Elections Commission, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The complaint in this case alleges that Wisconsin's current legislative and congressional districts are unconstitutionally malapportioned. Chief Judge James D. Peterson, to whom the case is assigned, notified me under 28 U.S.C. § 2284(b)(1) that § 2284(a) requires a three-judge district court. I hereby designate Circuit Judge Amy J. St. Eve and District Judge Edmond E. Chang of the Northern District of Illinois as the additional members of the three-judge court.

Diane S. Sykes, Chief Judge
United States Court of Appeals
for the Seventh Circuit